UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. FRITZ ST. LOUIS**                                                   **Docket No. 5:15-CR-2-1BO**

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of FRITZ ST. LOUIS, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 30, 2015, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

FRITZ ST. LOUIS was released from custody on January 17, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In early March 2018, the probation office began receiving information from the Raleigh Police Department Gang Unit that St. Louis had been observed with other gang members in southeast Raleigh on several occasions (the defendant is a validated member of the Donald Gee Family street gang). On March 28, 2018, he was observed in the same area driving without a license. When officers attempted to initiate a traffic stop, the defendant fled. He was subsequently charged with Driving While License Revoked. St. Louis was confronted about his continued gang association and he acknowledged he had been spending time in a high crime area where other gang members associate. He agreed to adhere to a curfew for 30 days with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                               /s/ Julie Wise Rosa
Michael C. Brittain                                     Julie Wise Rosa
Supervising U.S. Probation Officer           Senior U.S. Probation Officer
                                                              310 New Bern Avenue, Room 610
                                                               Raleigh, NC 27601-1441
                                                                Phone: 919-861-8675
                                                                Executed On: April 03, 2018

FRITZ ST. LOUIS
Docket No. 5:15-CR-2-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___4/___ day of ___April___, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge