# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Fritz St. Louis                                                                                     Docket No. 5:15-CR-2-1BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Fritz St. Louis, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 30, 2015, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Fritz St. Louis was released from custody on January 17, 2018, at which time the term of supervised release commenced. On April 4, 2018, the conditions of supervision were modified to include 30 days curfew with electronic monitoring as a result of the defendant's continued affiliation with the Donald Gee Family street gang and his arrest for Driving While License Revoked.

On May 3, 2018, the court was informed of the defendant's use of cocaine. He was referred for treatment and allowed to continue on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 7, 2018, St. Louis tested positive for the use of cocaine. On June 9, 2018, he was charged with Resisting a Public Officer and Passenger Flee Accident or Property Damage. Additionally, during the week of June 11, 2018, a gang associate contacted St. Louis from the jail to discuss gang activity. The defendant was confronted with this behavior and he agreed to participate in 60 days of curfew with electronic monitoring, participate in Moral Reconation Therapy (MRT), and have no further association with gang members. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The defendant shall not associate with or be in the company of any gang members/security threat group members. The defendant shall not frequent any locations where gangs/security threat groups congregate or meet. The defendant shall not wear, display, use or possess any clothing or accessories which have any gang or security threat group significance.

Except as herein modified, the judgment shall remain in full force and effect.

FRITZ ST. LOUIS
Docket No. 5:15-CR-2-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Julie Wise Rosa
Julie Wise Rosa
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: June 19, 2018

## ORDER OF THE COURT

Considered and ordered this __19__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge